FILE COPY

RE: Case No. 25-0449                          DATE: 5/27/2025
COA #: 15-24-00049-CV                 TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    SHANNON  HUGGINS
                    P. O. BOX 533
                    SNOOK, TX  77878
                    * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0449                          DATE: 5/27/2025
COA #: 15-24-00049-CV              TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0449      DATE: 5/27/2025
COA #: 15-24-00049-CV    TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. ZACHARY  RHINES
TEXAS OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC 059)
AUSTIN, TX  78711-2697
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449                    DATE: 5/27/2025
COA #: 15-24-00049-CV              TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MICHELLE  PIQUE
971 CHINN CHAPEL ROAD
LEWISVILLE, TX  75077
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449                           DATE: 5/27/2025
COA #: 15-24-00049-CV                    TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. KIMBERLY  GDULA
DEPUTY CHIEF, GENERAL LITIGATION
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548, (MC 017)
AUSTIN, TX  78701-1614
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449                          DATE: 5/27/2025
COA #: 15-24-00049-CV                  TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                  MS. STEPHANIE  CRISCIONE
                  ASSISTANT ATTORNEY GENERAL
                  209 W 14TH ST
                  AUSTIN, TX  78701-1614
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0449                    DATE: 5/27/2025
COA #: 15-24-00049-CV              TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0449                          DATE: 5/27/2025
COA #: 15-24-00049-CV             TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    MR. WILLIAM  WASSDORF
                    OFFICE OF THE ATTORNEY GENERAL
                    PO BOX 12548
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0449                    DATE: 5/27/2025
COA #: 15-24-00049-CV              TC#: D-1-GN-23-008319
STYLE: PIQUE v. NELSON

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                 SHARON  JOROLAN
                 5224 MARKS CIRCLE
                 THE COLONY, TX  75056
                 * DELIVERED VIA E-MAIL *